Case 2:17-cv-00224 Document 25 Filed on 07/08/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JORGE L ROSALES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-224 |
| | § | |
| NANCY A BERRYHILL, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On June 15, 2020, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 24), recommending an award of attorney's fees to Plaintiff's counsel. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 24), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, Honig's Petition to Obtain Approval of a Fee for Representing a Social Security Claimant (D.E. 20) is **GRANTED**. The Court **FINDS** that he is entitled to a fee award of $10,825.58. Further, the Court **ORDERS** Honig to refund to his client the $3,450.42 award he previously received under the EAJA because it is the lesser of the two awards.

ORDERED this 8th day of July, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE